UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-275-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| HOANG TRI NGUYEN, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 17, 2008. The United States was represented by AUSA Michael Scoville and the defendant by Paula S. Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 17, 2003 by the Honorable Marsha J. Pechman on a charge of Bank Fraud, and sentenced to 1 day in custody with credit for time served, 5 years supervised release. (Dkt. 16.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, submit to search, be prohibited from gambling or frequenting a gambling establishment, attend Gamblers

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

Anonymous, complete 100 hours of community service, pay restitution in the amount of $15,044.10, provide access to financial information, maintain a single checking account for all financial transactions, disclose any business interests, disclose all assets and liabilities, allow inspection of personal computer, notify his probation officer of all software owned or purchased, be prohibited from obtaining new credit lines or obligations, cooperate with the IRS to pay all taxes owing, restrict internet access to school and email, and notify the probation officer of any material change in financial circumstances that would affect the ability to pay restitution.

In an application dated August 20, 2008 (Dkt. 19), U.S. Probation Officer Jeff S. Robson alleged the following violations of the conditions of supervised release:

1. Failing to report the purchase and use of additional software during the course of supervision, in violation of special conditions of supervision.

2. Failing to limit internet usage to school and email purposes, in violation of special conditions of supervision.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 22.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

/ / /

/ / /

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 17th day of September, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Michael Scoville
Defendant's attorney: Paula S. Deutsch
Probation officer: Jennifer Tien, Lorraine Bolle for Jeff S. Robson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3